

# Sioux Valley

1305 W 18TH ST
PO BOX 5039
SIOUX FALLS SD 57117-5039
Phone: (605) 333-1000
www.siouxvalley.org

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

November 30, 2005

Ms. Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re:   **Provider Name**       :  SIOUX VALLEY HOSPITAL
      **Provider Number**     :  43-0027
      **Intermediary**        :  Cahaba Government Benefit Administrators
      **Request for Medicare Appeal**

## NOTICE OF PROGRAM REIMBURSEMENT

| Notice Date | Fiscal Year |
|---|---|
| September 08, 2005 | April 30, 2003 |

Dear Ms. Cochran:

The hospital respectfully appeals the under mentioned determinations of the Intermediary contained in the above NPR.

Issue 1 :  Disproportionate Share Payment

**SSI Proxy**

The Provider contends that the Intermediary did not determine Medicare DSH reimbursement in accordance with the statutory instructions at 42 U.S.C. 1395ww(d)(5)(F)(i). Specifically, the provider disagrees with the intermediary's calculation of the computation of the disproportionate patient percentage set forth at 42 C.F.R. 412.106(b)(2)(i) of the Secretary's regulations. The provider contends that the intermediary did not furnish the matching data from which the SSI proxy had been derived, and that this validation information has been withheld on the basis of a statement in the commentary to the 1995 final rule for inpatient PPS. See 60 Fed. Reg. 45811-12 (Sept. 1 1995). The statement indicates that the SSI eligibility data used for this DSH calculation is not available to verify provider's disproportionate patient percentage because it is protected by the Privacy Act. The intermediary cannot support its reliance on a statement that occurs in the preamble of a published rule but is not supported by the regulatory text or by the authorizing statute.

A system of records entitled Medicare Provider Analysis and Review ("MEDPAR"), HHS/HCFA/OIS, 09-07-009 was published in the Federal Register on August 18, 2000, 65 Fed. Reg. 50548 (August 18, 2000). This system of records was purported to establish a system to collect and disseminate the information necessary "to recalculate Supplemental Security Income ("SSI") ratios for hospitals that are paid under the [Prospective Payment System] and serve a disproportionate share of low-income patients." Id. This data is

*Accredited by the Joint Commission on Accreditation of Healthcare Organizations*

a key component in determining whether affected hospitals may be entitled to increased reimbursement under Part A of the Medicare program. The regulations impose restrictive conditions that do not permit the provider to obtain and reconcile the SSI data maintained by CMS with provider records. Provider therefore contends that this is not in conformance with the statutory provisions of DSH reimbursement.

Audited Adjustment # 13
Reimbursement Amount: $76,300

Issue 2: Disproportionate Share Payment

Medicaid Percentage (Eligible Days)

The provider contends that the Fiscal Intermediary did not determine Medicare reimbursement for disproportionate share hospitals (DSH) in accordance with the statutory instructions at 42 U.S.C. 1395ww(d)(5)(c)(i). Specifically, the provider disagrees with the calculation of the second computation of the disproportionate share patient percentage, set forth at 42 CFR 412.106(b)(4) of the Secretary's regulations. The intermediary, contrary to the regulation, failed to include as Medicaid-Eligible Days services to patients for Medicaid, as well as patients eligible for general assistance.

Audited Adjustment # 13
Reimbursement Amount: $227,860

The Provider will be personally represented at the requested hearing by its designated representative.

If you have any questions, please feel free to contact us.

Sincerely,

James G. Tomlinson
Director of Reimbursement

cc: Mr. Craig Mateer, Unit Manager, Provider Audit & Reimbursement, Cahaba Government Benefit Administrators, 400 East Court Avenue, Des Moines, IA 50309-2017.

Beau Hultquist, Senior Auditor, Cahaba Government Benefit Administrators, Provider Audit & Reimbursement, 401 Douglas St, Suite 410, Sioux City, IA 51101

Mr. Wilson C. Leong, Director, Medicare Appeals, Blue Cross Blue Shield Association, 225 N. Michigan Avenue, Suite 400, Chicago, IL 60611.

Enclosure