SVH FINANCE OFFICE    p.4    ⌀002



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671    FAX: 410-786-5298

Suzanne Cochran, Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

**CERTIFIED MAIL**    MAY 1 0 2006

Sioux Valley Hospital
James G. Tomlinson
Director of Reimbursement
1305 West 18th Street
P.O. Box 5039
Sioux Falls, SD 57117 5039

RE: Sioux Valley Hospital, Provider No. 43-0027, FYE 4/30/2003, Case No. 06-0344.

Dear Mr. Tomlinson:

The Provider Reimbursement Review Board (the Board) advised you that this case would be dismissed in its Acknowledgment and Critical Due Dates letter if preliminary position papers were not submitted to the Intermediary by the first of April 2006. You were also advised to supply the Board with a letter certifying that the preliminary position paper due date had been met and a copy of the first page only of the preliminary position paper.

Pursuant to the Board's above cited letter and its Instructions effective March 1, 2002, "If you fail to meet the preliminary position paper due date and fail to supply the Board with the required documentation, the Board will dismiss your appeal for failure to follow Board procedure." Upon review of the above-referenced appeal, it was noted that the preliminary position paper was not submitted to the Intermediary and the required information was not submitted to the Board. Therefore, the Board hereby closes this case and removes it from the docket.

Board Members:
Suzanne Cochran
Gary B. Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

For the Board:

*Yvette C. Hayes*

Board Member

cc:   Cahaba Government Benefit Administrators
      Craig Mateer
      Unit Manager
      400 East Court Avenue, P.O. Box 14537
      Des Moines, IA 50306

      Wilson C. Leong
      BC & BS Association
      225 North Michigan Avenue
      Chicago, IL 60601-7680