CO-386-online
10/03

# United States District Court
# For the District of Columbia

SIOUX VALLEY HOSPITAL, )
a South Dakota non-profit corporation, )
)
) CASE NUMBER 1:06CV01236
) 
Plaintiff )
vs ) JUDGE: Gladys Kessler
)
MICHAEL O. LEAVITT, )
Secretary of the United States Department of ) DECK TYPE: Administrative Agency Review
Health and Human Services, )
)
Defendant ) DATE STAMP: 07/10/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Sioux Valley Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sioux Valley Hospital__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

444412
BAR IDENTIFICATION NO.

John R. Jacob
Print Name

1333 New Hampshire Ave., N.W.
Address

Washington, D.C. 20036
City        State        Zip Code

202-887-4582
Phone Number