UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL,           )<br>      Plaintiff,           )<br>                          )<br>      v.                          )<br>                          )<br>MICHAEL O. LEAVITT,           )<br>Secretary, United States Department of    )<br>Health and Human Services,           )<br>                          )<br>      Defendant.           ) | Civ. Action No. 06-1236 (GK)<br>ECF |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                                                  Respectfully submitted,

                                                  /s/

                                                MEGAN L. ROSE, NC Bar # 28639
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 Fourth Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7220
                                                (202) 514-8780 (fax)
                                                Megan.Rose@usdoj.gov