IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01236 (GK) |

## ANSWER

Defendant Michael O. Leavitt, Secretary, United States Department of Health and Human Services, by and through his undersigned counsel, answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Answering specifically each paragraph of the Complaint, and using the same numbering contained in the Complaint, Defendant pleads as follows:

1. This paragraph contains Plaintiff's characterizations of this action and conclusions of law, not allegations of fact, and therefore, no response is required. To the extent any response is deemed necessary, Defendant denies.

2-4. These paragraphs contain conclusions of law, not allegations of fact, and therefore no response is required. To the extent any response is deemed necessary, Defendant denies.

5-6.  Admits.

7-12.  These paragraphs contain Plaintiff's characterizations of various provisions of the Medicare statute and implementing regulations, not allegations of fact.  The Secretary denies any characterizations thereof, and respectfully refers the Court to the cited provisions for a full and accurate statement of their contents.

13.  Admits, except to deny last sentence.

14.  Admits.

15.  Admits the first sentence.  The Secretary lacks information or knowledge sufficient to form a belief as to the truth of the remainder of this paragraph.

16.  This paragraph contains Plaintiff's characterizations of its appeal letter, dated November 30, 2005.  The Secretary denies any characterizations thereof, and respectfully refers the Court to the letter for a full and accurate statement of its contents.  See Administrative Record ("AR") at 51-56.

17.  This paragraph contains Plaintiff's characterizations of the PRRB acknowledgment letter dated December 16, 2005.  The Secretary denies any characterizations thereof, and respectfully refers the Court to the letter for a full and accurate statement of its contents.  See AR at 49-50.

18.  The Secretary admits that Sioux Valley failed to submit a preliminary position paper to the Intermediary in accordance with the PRRB's acknowledgment letter.  The Secretary lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations of this paragraph.

19-20.  Admits.

21. Denies. By way of further answer, Defendant respectfully refers the Court to the PRRB's letter dated July 20, 2006 denying Plaintiff's request for reinstatement. See AR at 1.

22. This paragraph contains Plaintiff's legal conclusions, not allegations of fact, and therefore, no response is required.

23. This paragraph contains Plaintiff's conclusions of law, not allegations of fact, and therefore, no response is required. To the extent any response is deemed necessary, Defendant denies.

    a. Denies the first sentence. The Secretary lacks information or knowledge sufficient to form a belief as to the truth of the second sentence. Denies the third sentence. The Secretary lacks information or knowledge sufficient to form a belief as to the truth of sentences four and five. Denies the sixth sentence. Admits that the provider filed a position paper along with its motion to reinstate, but denies the remainder of the seventh sentence. Denies the remaining allegations of the paragraph.

    b. To the extent this paragraph contains legal conclusions, no response is required. With regard to any factual allegations, Defendant denies.

    c. The first sentence contains Plaintiff's characterizations of the cited regulation, not allegations of fact. The Secretary denies any characterizations thereof, and respectfully refers the Court to the cited provision for a full and accurate statement of its contents. Denies the remaining allegations of the paragraph.

    d. Denies.

    e. Denies.

    f. Admits the first two sentences. Denies the remaining allegations of the

paragraph.

    g.  Denies the first sentence.  The second sentence contains conclusions of law, not allegations of fact, and thus, no response is required.  Denies the remaining allegations of the paragraph.

    h.  Denies.

The remainder of the Complaint contains Plaintiff's Prayer for Relief to which no response is required; to the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested in the Prayer for Relief, or to any relief whatsoever.  The Secretary specifically denies all allegations in Plaintiff's Complaint not otherwise answered or qualified herein.

The Secretary files herewith a certified transcript of the administrative proceedings before the Secretary in this matter.

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

    /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220 / FAX: (202) 514-8780

|                                  |                                                      |
| -------------------------------- | ---------------------------------------------------- |
| _____   | TRACEY GLOVER                                        |

TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services