# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL,               )<br>            Plaintiff,                                  )<br>                                                        )<br>    v.                                                  )<br>                                                        )<br>MICHAEL O. LEAVITT,                      )<br>Secretary, United States Department of  )<br>Health and Human Services,             )<br>                                                        )<br>            Defendant.                           ) | Civ. Action No. 1:06-1236 (GK) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services of the United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action in accordance with the Court's ECF rules.

Respectfully submitted,

s/
_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

The foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record was filed in accordance with the Court's ECF rules on this <u>10th</u> day of October, 2006. Plaintiff's counsel, John R. Jacob, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, NW, Washington, DC 20036, will receive copies through the ECF system.

s/
_____
Megan L. Rose
Assistant United States Attorney