IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL )<br>)<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>  Defendant. )<br>_____ ) | Case No. 1:06CV01236 (GK) |

**JOINT MOTION
TO AMEND RULE 16 CONFERENCE ORDER**

Pursuant to Federal Rules of Civil Procedure 26(a)(1)(E)(i) and 60(b)(6) and Local Rule 16.3(b) Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiff Sioux Valley Hospital, ("Plaintiff"), by and through their undersigned counsel, respectfully move to amend the Court's October 11, 2006 Order setting initial scheduling conference scheduled for November 6, 2006. In support of the instant motion, the parties state as follows:

1. On October 11, 2006, the Court issued its Order that a Rule 16 conference will be held on November 6, 2006. The Court's Notice provides that pursuant to Rule 16.3 of the Local Rules and Federal Rule of Civil Procedure 26(f) and (1), the parties shall submit a Joint Meet and Confer Statement addressing all topics listed in Rule 16.3(c) no later than 14 days following their meeting. The Order provides further that the parries are directed to either include in the Joint Meet and Confer Statement or in a supplemental pleading to be filed no later than 72 hours prior

to the Initial Scheduling Conference, a brief statement of the case and the statutory basis for all causes of action and defenses.

2. Counsel for the Secretary and counsel for Plaintiff conferred by telephone on November 1, 2006, and agreed that this case is exempt from the duty to hold a conference, the requirement of filing a statement of the case, and the obligation to provide initial disclosures, because this is "an action for review on an administrative record." See Fed. R. Civ. P. 26(a)(1)(E)(I); see also Rule 16.3(b) of the Local Rules. Plaintiff seeks judicial review of Medicare decisions rendered pursuant to 42 U.S.C. § 1395oo. Such review is to be conducted as provided in the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq. See 42 U.S.C. § 1395oo(f)(1).

3. The parties believe that this case may be able to be resolved through settlement and agree that if a settlement cannot be agreed upon, the case will likely be disposed of with cross-motions for summary judgment. Thus, in light of the fact that this is an APA record review case, the parties respectfully request that the Court adopt the following briefing schedule, which incorporates sufficient time for the parties to pursue settlement discussions and which is incorporated in the attached proposed order:

| | |
|---|---|
| March 2, 2007: | Plaintiff's Motion for Summary Judgment |
| April 16, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| May 16, 2007: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| June 15, 2007: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

4. The parties respectfully submit that if the Court is inclined to adopt the parties' proposed briefing schedule, the November 6, 2006, Rule 16 Conference may not be necessary and may be removed from the Court's docket.

WHEREFORE, the parties respectfully request that the Court modify its Rule 16 Order Setting Initial Scheduling Conference and relieve the parties of the obligations to submit a Joint Meet and Confer Statement and the brief statement of the case and the statutory basis for all causes of action and defenses and the requirements of Fed. R. Civ. P. 26(a)(1) and (f); adopt the parties' proposed briefing schedule; and cancel the November 6, 2006 Rule 16 conference.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


/s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220 / FAX: (202) 514-8780

TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services

_____
BYRON J. GROSS
Hooper, Lundy & Bookman, Inc.
1875 Century Park East
Suite 1600
Los Angeles, CA 90067
(310)551-8125/FAX: (310)551-8181


_____
JOHN R. JACOB
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 887-4582/FAX: (202) 955-7648

Attorneys for Plaintiff,
Sioux Valley Hospital

**CERTIFICATE OF SERVICE**

The undersigned attorney for the U.S. Department of Health & Human Services certifies that she has this date served true and correct copies of the Motion to Amend the Rule 16 Conference Notice with the Clerk of the Court using CM/ECF system which will send notice to the following counsel for the Plaintiff Sioux Valley Hospital: _____: John Robert Jacob

DATED: November 2, 2006

_____
MEGAN L. ROSE
Assistant U.S. Attorney