IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06CV01236 (GK) |

## ORDER

AND NOW, this 2nd day of November, 2006, upon consideration of the parties' Joint Motion to Amend Rule 16 Conference Order,

IT IS HEREBY ORDERED, that the parties' Joint Motion to Amend Rule 16 Conference Order is hereby GRANTED; and

IT IS FURTHER ORDERED, that the parties are relieved of the obligations to submit a report and the requirements of Fed. R. Civ. P. 26(a)(1) and (f) and Rule 16.3 of the Local Rules; and

IT IS FURTHER ORDERED, that the Status Conference set for November 6, 2006 is canceled; and

IT IS FURTHER ORDERED, that summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| March 2, 2007: | Plaintiff's Motion for Summary Judgment |
| April 16, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| May 16, 2007: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| June 15, 2007: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

BY THE COURT:

/s/ Gladys Kessler
GLADYS KESSLER
United States District Court Judge