IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL, a South Dakota non-profit corporation,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>       Defendant. | Case No. 1:06-cv-01236 (GK) |

## JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE

WHEREAS, the Court has issued an Order dated November 2, 2006, which sets forth a briefing schedule for Summary Judgment Motions, Oppositions and Replies in this action, commencing with Plaintiff's Motion for Summary Judgment due on March 2, 2007;

WHEREAS, Plaintiff has made a settlement offer, which is presently being considered by Defendant; and

WHEREAS Defendant needs additional time to consider Plaintiff's settlement offer and is not able to respond to Plaintiffs' settlement offer prior to the due date for Plaintiff's Motion for Summary Judgment;

THEREFORE, the Parties, by and through their respective counsel, jointly and respectfully move this Court for an extension of the briefing schedule in this case and propose that the current briefing schedule be replaced with the following:

| | |
|---|---|
| May 4, 2007 | Plaintiff's Motion for Summary Judgment |
| June 18, 2007 | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| July 18, 2007 | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| August 27, 207 | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

DATED:  February 23, 2007                          Respectfully submitted,

Byron J. Gross (Calif. State Bar No. 76626)        John R. Jacob (D.C. Bar No. 444412)
HOOPER, LUNDY & BOOKMAN, INC.                      AKIN GUMP STRAUSS HAUER & FELD LLP
1875 Century Park East, Suite 1600                 Robert S. Strauss Building
Los Angeles, California 90067-2799                 1333 New Hampshire Avenue, N.W.
Telephone No. (310) 551-8125                       Washington, D.C. 20036
                                                   Telephone No. (202) 887-4582

By:   /s/ Byron J.  Gross
       BYRON J. GROSS                              By:   /s/ John R. Jacob
                                                          JOHN R. JACOB


MICHAEL O. LEAVITT, Secretary of the
United States Department of Health and Human Services

By:    /s/ Tracey Glover
       TRACEY GLOVER
Department of Health and Human Services
330 Independence Avenue S.W.
Room 5309
Washington, DC 20201