IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIOUX VALLEY HOSPITAL, a South Dakota non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>　　　　Defendant. | Case No. 1:06-cv-01236 (GK) |

## ORDER

This Court, having read and considered the Joint Motion for Extension of Briefing Schedule, it is hereby

**ORDERED** that the Joint Motion of the Parties is GRANTED. The briefing schedule set forth in this Court's Order dated November 2, 2006 shall be set aside, and the Parties shall conform to the following new schedule:

| | |
|---|---|
| May 4, 2007 | Plaintiff's Motion for Summary Judgment |
| June 18, 2007 | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| July 18, 2007 | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| August 27, 207 | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

Date:_____    _____
　　　　　　　　　　　　　　　　　United States District Judge