IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIOUX VALLEY HOSPITAL,

    Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,

    Defendant.

Case No. 1:06-cv-01236 (GK)

## STIPULATION OF DISMISSAL

The Plaintiff in this lawsuit, Sioux Valley Hospital, hereby files this Stipulation of Dismissal. The Plaintiff also states:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the claims in dispute in this case may be dismissed voluntarily by filing a stipulation of dismissal signed by all the parties.

2. This Stipulation is signed by all the parties to this lawsuit.

3. This Stipulation hereby dismisses this action in its entirety and without prejudice.

4. All parties shall bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

DATED: May 3, 2007                                              Respectfully submitted,

SIOUX VALLEY HOSPITAL

  /s/ Byron J. Gross                              /s/ John R. Jacob
BYRON J. GROSS                                   JOHN R. JACOB
Calif. State Bar No. 76626                       D.C. Bar No. 444412
HOOPER, LUNDY & BOOKMAN, INC.                    AKIN GUMP STRAUSS HAUER & FELD LLP
1875 Century Park East, Suite 1600               Robert S. Strauss Building
Los Angeles, California 90067-2799               1333 New Hampshire Avenue, N.W.
Telephone No. (310) 551-8125                     Washington, D.C. 20036
                                                 Telephone No. (202) 887-4582

COUNSEL FOR PLAINTIFF


MICHAEL O. LEAVITT, Secretary of the
United States Department of Health and Human Services

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

  /s/ Megan L. Rose
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

  /s/ Tracey Glover
TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Avenue S.W., Room 5309
Washington, DC 20201

COUNSEL FOR DEFENDANT